IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AGUSTIN ACOSTA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERI-SCAPES LANDSCAPE MANAGEMENT INC., a Georgia corporation, | : : | CIVIL ACTION NO. 1:15-cv-0558-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

On August 4, 2015, the Court approved the Parties' Settlement Agreement in this matter and directed the parties to file a Stipulation of Dismissal With Prejudice within five days of receipt by Plaintiff of the settlement proceeds. The Court further retained jurisdiction to enforce the settlement. The case is hereby **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal with prejudice.[1]

**IT IS SO ORDERED** this 21st day of August, 2015.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.